## OCTEL COMMUNICATIONS CORPORATION,
### Plaintiff,

and

### Northern Telecom, Inc., Plaintiff/Counterclaim Defendant,

and

### Tigon Corporation, Counterclaim Defendant–Appellee,

and

### Pactel Meridian Systems, Boston Technology, Inc., and Digital Sound Corporation, Plaintiffs,

v.

### THEIS RESEARCH, INC., Defendant/Counterclaimant–Appellant,

and

### Peter F. Theis, Defendant.

No. 00–1031.

United States Court of Appeals, Federal Circuit.

Jan. 17, 2000.

Before LOURIE, CLEVENGER, and RADER, Circuit Judges.

## *JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.